1
2
3
4

5          UNITED STATES DISTRICT COURT
6          EASTERN DISTRICT OF WASHINGTON

7  BROOKE C. CRESWELL,

8                    Plaintiff,             NO: 12-CV-3111-TOR

9        v.                                 ORDER OF DISMISSAL WITH
                                            PREJUDICE
10 EXTENDICARE HOMES, INC., a
   foreign corporation d/b/a KITTITAS
11 VALLEY HEALTH &
   REHABILITATION CENTER,
12
                     Defendant.
13

14    BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with

15 Prejudice and Without Costs (ECF No. 59). Pursuant to the parties' stipulation, the

16 Court will dismiss this case with prejudice and without costs or attorney's fees to

17 either party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

18 //

19 //

20 //


ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulated Motion to Dismiss with Prejudice and Without Costs (ECF No. 59), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party. All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** November 21, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2